**Official Form 1 (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SUNRISE LIFESTYLE CENTERS LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**SUNRISE HEALTH CENTER** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**9733** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1945 Techny Rd.**<br>**Suite 4**<br>**Northbrook, IL**<br>ZIP CODE **60062** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1945 Techny Rd., Suite 4, Northbrook, IL**          ZIP CODE **60062**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors).<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>**Limited Liability Company** | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                       Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative
expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,000 to<br>$100,000 | ☐ $100,000 to<br>$1 million | ☐ $1 million to<br>$100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,000 to<br>$100,000 | ☐ $100,000 to<br>$1 million | ☑ $1 million to<br>$100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (04/07)                                                                                                        **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SUNRISE LIFESTYLE CENTERS LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>————————————————<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>————————————————————<br>(Name of landlord that obtained judgment)<br><br>————————————————————<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (04/07)                                                                                                    **FORM B1,** Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SUNRISE LIFESTYLE CENTERS LLC** |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

## Signature of Attorney

X **O. Allan Fridman**
_____
Signature of Attorney for Debtor(s)

**O. Allan Fridman,  6274954**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**David Shults**
_____
Firm Name

**555 Skokie Blvd.  Suite 500**
_____
Address

**Northbrook, IL 60062**
_____

**847-480-1020**                    **847-480-7850**
_____
Telephone Number

**9/22/2008**                         **afridman@tds.net**
_____
Date

## Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Jeffery Grade**
_____
Signature of Authorized Individual

**Jeffery Grade**
_____
Printed Name of Authorized Individual

**Co-Manager**
_____
Title of Authorized Individual

**9/22/2008**
_____
Date

## United States Bankruptcy Court

### Northern District of Illinois

#### Eastern Division

In re:

SUNRISE LIFESTYLE CENTERS LLC

Case No. _____

Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jeffery T. Grade**, declare under penalty of perjury that I am the **Co- Manager** of **SUNRISE LIFESTYLE CENTERS LLC**, a  **Illinois** Corporation and that on **09/19/2008** the following resolution was duly adopted by the **Jeffery T. Grade** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeffery Grade**, **Co-Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Jeffery Grade**, **Co-Manager** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Jeffery Grade**, **Co-Manager** of this Corporation, is authorized and directed to employ **O. Allan Fridman**, attorney and the law firm of **David Shults** to represent the Corporation in such bankruptcy case."

Executed on:   **9/22/2008**_____

Signed:   **s/ Jeffery Grade**_____
**Jeffery T. Grade**

A Healthier Way, LLC
Jamie Sheridan
124 Homeland Ave.
Baltimore, MD 21212


A&D Cleaning Service
1243 . Maple St.
Allentown, PA 18102


Accent
PO Box 952366
St. Louis, MO 63195


Accurate Medical Electronics, Inc.
145 Kohler Dr.
Fredonia, WI 53201


Acme Housekeeping Service
PO Box 202
Hales Corners, WI 53130


AEG Enviromental
PO Box 286
Westminster, MD 21158


Aero Compressed Gases Inc.
PO Box 340137
Milwaukee, WI 53234-0137


Alsco-American Linen WI
2641 S. Leavitt
Chicago, IL 60608


AT&T
PO Box 2971
Omaha, NE 68103-2971

Avaya Financial Services
PO Box 93000
Chicago, IL 60673-3000


Baird Respiratory Therapy, Inc.
2527 Mt. Carmel Ave.
Box 249
Glenside, PA 19038


Bank of America
Chicago, IL


BGE
PO Box 1413
Baltimore, MD 21203-1431


C and J Leasing Corp PA
PO Box 931034
Cleveland, OH 44193


Cambridge Medical Staffing, Inc.
4155 Independence Dr., Suite 4
Schnecksville, PA 18078


Capital recovery
4505 N. Front Street
PO Box 67555
Harrisburg, PA 17106-7555


Cardinal Health MD
Medical Products
PO Box 70539
Chicago, IL 60673-0539


CareFirst Blue Cross
Accounting Services
Mail Stop OM1-610
Owings Mills, MD 21117-9921

CARF
4891 E. Grant Rd.
Tucson, AZ 85712


Cedar Crest Professional Park, Inc.
C/O MRA Realty, Inc.
120 W. Germantown Pike
Plymouth Meeting, PA 19462


Clinicient, Inc.
PO Box 8227
Pasadena, CA 91109-8227


Cloudmark
128 King Street, 2nd Floor
San Francisco, CA 94107


Cooler Smart
PO Box 7777
W510182
Philadelphia, PA 19175-0182


Coverall MD
8860 Columbia 100 Pkwy, Ste. 401
Columbia, MD 21045


Coverall PA
PO Box 802825
Chicago, IL 60680-2825


Credit Management Services
PO Box 14010
Santa Rosa, CA 95402-6010


Curative Care Network
1000 N. 92nd St.
Milwaukee, WI 53226-4800

De Lage Landen Financial CServices
PO Box 41601
Philadelphia, PA 19101-1601


Debra Gutman
10 Deer Stream Ct.
Owinga Mills, MD 21117


Dentry Biomedical, Inc.
CMS
PO BOx 931
Brookfield, WI 53008


Department of Assessments and Taxation
400 Washington Ave., Room 152
Towson, MD 21204-4665


Dependable Finance Co.
720 Astor Lane
Wheeling, IL 60090


Expressway Office Solutions MD
PO BOx 24252
Baltimore, MD 21227


FedEx
PO Box 94515
Palatine, IL 60094-4515


Fletcher's
PO Box 423
Wharton, NJ 07885


Frontier Leasing Corp.
11180 Aurora Ave.
Urbandale, IA 50322

Tami Rosen
4 Dunsinane Ln.
Bannockburn, IL 60015


Frontier Leasing Corporation
11180 Aurora Ave.
Urbandale, IA 50322


Gordon Morristown MAB Assoc., LLC
1436 E. Elizabeth Ave.
Linden, NJ 07036


Healthcare Staffing
26651 W. Agoura Rd.
Calabasas, CA 91302


Highmark Blue Shiled-Cashier
PO Box 89150
Camp Hill, PA 17001-9774


HM Benefits Administrators, Inc.
Attn.: Galen Spencer
Dedicated Retiree Claims Uni
Pittsburgh, PA 15253-5078


Humana Ins. Co.
P. O. Box 932698
Atlanta, GA 31193-2698


ITBC Partners
Trimstone, LLC
1525 E 55th St.
Chicago, IL 60615


Ivans
PO Box 850001
Orlando, FL 32885-0033

Johnson & Rountree Premium, Inc.
PO Box 31001-0910
Pasadena, CA 91110-0210


Jones Lang LaSalle
3838 Paysphere Circle
Chicago, IL 60674


National City Com Cap Co., LLC
PO Box 931034
Cleveland, OH 44193


Kenilwest Limited Partnership
C/O Mackenzie Management
2328 W. Joppa Rd., Suite 200
Lutherville, MD 21093-4674


Keystone Business Products, Inc.
2298 Brodhead Rd.
Bethlehem, PA 18020


Leo Landgraf
155 W. Oak Leaf Dr., Unit 13
Oak Creek, WI 53154


Lifeline Medical
22 Shelter Rock Lane
Danbury, CT 06810


Mackenzie Services Corp.
2328 W. Joppa Rd., # 200
Lutherville, MD 21093


Maxim Staffing Solutions, Inc.
12558 Collections Center Dr.
Chicago, IL 60693

```
Medical Staffing network WI
3139 Pays Phere Circle
Chicago, IL 60674-1251




Michael Katzoff, M.D.
2801 W. Kinnickinnic Pkwy, Suite 445
Milwaukee, WI 53215




Midwest Rehabilitation Network, Inc.
PO Box 451
Brookfield, WI 53008-0451




Midwest Security Administrators, Inc.
2700 Midwest Dr.
Onalaska, WI 54650-8764




Miller Cooper and Co., Ltd.
1751 Lake Cook Rd., Suite 400
Deerfield, IL 60015




MJ Care, Inc.
2448 S. 102nd St., Suite 340
Milwaukee, WI 53227




Mutual of Omaha-Medicare
8-Medicare Finance
PO Box 1602
Omaha NE 68101




Nature's Source, Inc.
4893 Buckeye Rd.
Emmaus, PA 18049-1032




NeighborCare MD
PO Box 75564
Baltimore, MD 21275-5564
```

Nixon MD
500 Centerpoint Blvd.
New Castle, DE 19720

Nixon PA
500 centerpoint Blvd.
New Castle, DE 19720

Orkin Pest Control
3910 Verdo Rd., Bldg. A, Suite B
Baltimore, MD 21227-1510

Orkin/Gentry
6802 B Hamilton Blvd.
Allentown, PA 18106

Paul Gunn
7280 Hillcrest Dr.
Macungie, PA 18062

PCCAB MD
400 Redland Ct., Suite 208
Owings Mills, MD 21117

Pitney Bowes Inc.
PO Box 856390
Louisville, KY 40285-6390

PPL Electric Utilities
2 N. 9th St. RPC-GENN1
Allentown, PA 18101-1175

Praxail Healthcare Services NJ
4667 Somerton Rd.
Trevose, PA 19053

Premium Credit Ccorp.
PO Box 750
Scottsdale, AZ 85252-0750

Pulmonary and Allergy Associates
1 Springfield Ave.
Summit, NJ 07901

Pulmonary Associates, P.C.
1210 S. Cedar Crest Blvd., # 2300
Allentown, PA 18103

Quiill Corporation MD
PO Box 37600
Philadelphia, PA 19101-0600

Quill Corporation Corp.
PO Box 37600
Philadelphia, PA 19101-0600

Richard Nims
5815 S. 31st Street
Milwaukee, WI 53221

Ricoh Americas Corp. MD
PO Box 105533
Atlanta, GA 30348-5533

Ricoh Americas Corp. WI
PO Box 105533
Atlanta, GA 30348

Service Electric Cable
PO Box 20151
Lehigh Valley, PA 18002-0151

Sharon Daily
2220 Traceys Rd.
Sparks, MD 21152


Tishler & Wald, Ltd.
200 South Wacker Dr., Ste. 3000
Chicago, IL 60606


Transcend, Inc.
PO Box 232
Hunt Valley, MD 21030


Tri-Anim Financial Services
PO Box 271128
Salt Lake City, UT 84127


Tri-Anim Healthservices, Inc.
PO Box 923430
Sylmar, CA 91392-3430


United Healthcare Recovery Services
PO Box 740804
Atlanta, GA 30374-0804


USAA Life Insurance Company
Attn.: Health Claims
9800 Fredericksburg Rd.
San Antonio, TX 78288


Verizon MD
PO Box 17577
Baltimore, MD 21297-0513


Verizon PA
PO Box 28000
Lehigh Valley, PA 18002-8000

```
We Energies
333 W. Everett St.
Milwaukee, WI 53290-0001



William Potos
2500 W. Layton Ave.
Suite 290
Milwaukee, WI 53221


WPS/Tricare
Attn.: Recoupments
PO Box 7928
Madison, WI 53708-7928


WS Medical, LLC MD
Sammons Preston
PO Box 93040
Chicago, IL 60673-3040
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                          Bankruptcy Case Number:

**SUNRISE LIFESTYLE CENTERS LLC**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Dated:  **9/22/2008**                          **s/ Jeffery Grade**

                                               **Jeffery Grade**
                                                          Debtor

FORM B6A
(10/05)

In re: **SUNRISE LIFESTYLE CENTERS LLC** _____.                    Case No. _____

                            Debtor                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

                                                    **Total**    ➤    | 0.00 |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **SUNRISE LIFESTYLE CENTERS LLC**                    ,          Case No. _____

            Debtor                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **LaSalle Bank checking** | | **700.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |

Form B6B-Cont.
(10/05)

In re   **SUNRISE LIFESTYLE CENTERS LLC**_____,   Case No. _____
                                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Medicare insurance receivables unknown value** | | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | **Medicare numbers for former facilites** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Patient list that is protected by HIPPA non disclosable** | | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **All equiment furtniure and computer were leased and subject lease agreements** | | **0.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **paper and office supplies** | | **200.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Form B6B-Cont.
(10/05)

In re   **SUNRISE LIFESTYLE CENTERS LLC**_____,     Case No. _____
                              **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

__2__  continuation sheets attached                Total  ►    **$   900.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

Official Form 6D (10/06)

In re **SUNRISE LIFESTYLE CENTERS LLC**_____ .        Case No. _____
_____**Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐        Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | | 780,000.00 | 780,000.00 |
| Bank of America Chicago, IL | | | Security Agreement Medicare insurance receivables unknown value _____ VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | 23.71 | 23.71 |
| C and J Leasing Corp PA PO Box 931034 Cleveland, OH 44193 | | | _____ VALUE $0.00 | | | | | |
| ACCOUNT NO. | | | | | | | 11,746.98 | 11,746.98 |
| Frontier Leasing Corporation 11180 Aurora Ave. Urbandale, IA 50322 | | | _____ VALUE $0.00 | | | | | |

0    continuation sheets
attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 791,770.69 | $791,770.69 |
|---|---|---|
| $ | 791,770.69 | $791,770.69 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6E (04/07)**

In re    **SUNRISE LIFESTYLE CENTERS LLC**                                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**Official Form 6E (04/07) - Cont.**

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____,    Case No. _____

                                    Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷
(Totals of this page)

$ 0.00 | $ 0.00 | $ 0.00

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$ 0.00 | $ 0.00

Official Form 6F (10/06)

In re   **SUNRISE LIFESTYLE CENTERS LLC**_____   Case No._____
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**A Healthier Way, LLC**<br>**Jamie Sheridan**<br>**124 Homeland Ave.**<br>**Baltimore, MD 21212** | | | **Nutritionist** | | | | 75.00 |

<u>18</u>   Continuation sheets attached

                                                                    Subtotal ➤ | $ |        75.00

                                                                    Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____    Case No. _____
　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 732.09 |
| **A&D Cleaning Service** 1243 . Maple St. Allentown, PA 18102 | | | cleaning services | | | | |
| ACCOUNT NO. | | | | | | | 636.21 |
| **Accent** PO Box 952366 St. Louis, MO 63195 | | | insurance money | | | | |
| ACCOUNT NO. | | | | | | | 200.64 |
| **Accurate Medical Electronics, Inc.** 145 Kohler Dr. Fredonia, WI 53201 | | | Medical check equipment for performance | | | | |
| ACCOUNT NO. | | | | | | | 610.00 |
| **Acme Housekeeping Service** PO Box 202 Hales Corners, WI 53130 | | | cleaning service | | | | |
| ACCOUNT NO. | | | | | | | 7,900.01 |
| **AEG Enviromental** PO Box 286 Westminster, MD 21158 | | | enviromental cleanup | | | | |

Sheet no. 1 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,078.95

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC** _____        Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 777.11 |
| Aero Compressed Gases Inc. PO Box 340137 Milwaukee, WI 53234-0137 | | | Oxygen provider | | | | |
| ACCOUNT NO. | | | | | | | 1,028.67 |
| Alsco-American Linen WI 2641 S. Leavitt Chicago, IL 60608 | | | Linen service | | | | |
| ACCOUNT NO. | | | | | | | 446.64 |
| AT&T PO Box 2971 Omaha, NE 68103-2971 | | | phone service | | | | |
| ACCOUNT NO. | | | | | | | 2,030.10 |
| Avaya Financial Services PO Box 93000 Chicago, IL 60673-3000 | | | Leading telephone lines | | | | |
| ACCOUNT NO. | | | | | | | 3,113.30 |
| Baird Respiratory Therapy, Inc. 2527 Mt. Carmel Ave. Box 249 Glenside, PA 19038 | | | Oxygen | | | | |

Sheet no. _2_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $              7,395.82

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC** _____     Case No. _____
                          Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,385.43 |
| **BGE** **PO Box 1413** **Baltimore, MD 21203-1431** | | | Fax company and electric | | | | |
| ACCOUNT NO. | | | | | | | 18,281.40 |
| **Cambridge Medical Staffing, Inc.** **4155 Independence Dr., Suite 4** **Schnecksville, PA 18078** | | | Employee recruitment | | | | |
| ACCOUNT NO. | | | | | | | 100.56 |
| **Capital recovery** **4505 N. Front Street** **PO Box 67555** **Harrisburg, PA 17106-7555** | | | refund of Services | | | | |
| ACCOUNT NO. | | | | | | | 40.33 |
| **Cardinal Health MD** **Medical Products** **PO Box 70539** **Chicago, IL 60673-0539** | | | Medical Supplies | | | | |
| ACCOUNT NO. | | | | | | | 24.57 |
| **CareFirst Blue Cross** **Accounting Services** **Mail Stop OM1-610** **Owings Mills, MD 21117-9921** | | | owe | | | | |

Sheet no. _3_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | **20,832.29**

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC**                          Case No. _____
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CARF** <br> **4891 E. Grant Rd.** <br> **Tucson, AZ 85712** | | | Health Care License Qualifier | | | | 6,500.00 |
| ACCOUNT NO. <br><br> **Cedar Crest Professional Park, Inc.** <br> **C/O MRA Realty, Inc.** <br> **120 W. Germantown Pike** <br> **Plymouth Meeting, PA 19462** | | | Landlord | | | | 4,224.35 |
| ACCOUNT NO. <br><br> **Clinicient, Inc.** <br> **PO Box 8227** <br> **Pasadena, CA 91109-8227** | | | Billing Provider | | | | 800.00 |
| ACCOUNT NO. <br><br> **Cloudmark** <br> **128 King Street, 2nd Floor** <br> **San Francisco, CA 94107** | | | IT Services <br> Spam protection | | | | 799.00 |
| ACCOUNT NO. <br><br> **Cooler Smart** <br> **PO Box 7777** <br> **W510182** <br> **Philadelphia, PA 19175-0182** | | | Water Services | | | | 132.29 |

Sheet no. _4_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **12,455.64**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC** _____   Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Coverall MD**<br>**8860 Columbia 100 Pkwy, Ste. 401**<br>**Columbia, MD 21045** | | | **Cleaning services** | | | | 424.00 |
| ACCOUNT NO.<br><br>**Coverall PA**<br>**PO Box 802825**<br>**Chicago, IL 60680-2825** | | | **Cleaning services** | | | | 58.30 |
| ACCOUNT NO.<br><br>**Credit Management Services**<br>**PO Box 14010**<br>**Santa Rosa, CA 95402-6010** | | | **Overpayment** | | | | 378.45 |
| ACCOUNT NO.<br><br>**Curative Care Network**<br>**1000 N. 92nd St.**<br>**Milwaukee, WI 53226-4800** | | | **transportation of Patients** | | | | 7,397.05 |
| ACCOUNT NO.<br><br>**De Lage Landen Financial CServices**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** | | | **leasing company phones** | | | | 877.30 |

Sheet no. _5_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   **9,135.10**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **SUNRISE LIFESTYLE CENTERS LLC**                    Case No. _____
_____
Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Debra Gutman<br>10 Deer Stream Ct.<br>Owinga Mills, MD 21117 | | | Binus provision | | | | 20,429.98 |
| ACCOUNT NO.<br><br>Dentry Biomedical, Inc.<br>CMS<br>PO BOx 931<br>Brookfield, WI 53008 | | | Annual maintanance inspeciton | | | | 191.12 |
| ACCOUNT NO.<br><br>Department of Assessments and Taxation<br>400 Washington Ave., Room 152<br>Towson, MD 21204-4665 | | | taxes | | | | 1,716.22 |
| ACCOUNT NO.<br><br>Dependable Finance Co.<br>720 Astor Lane<br>Wheeling, IL 60090 | | | Insurance payments | | | | 7,465.50 |
| ACCOUNT NO.<br><br>Expressway Office Solutions MD<br>PO BOx 24252<br>Baltimore, MD 21227 | | | Supplies | | | | 1,005.05 |

Sheet no. _6_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        30,807.87

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC**                              Case No. _____
                                    Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515** | | | **Courier** | | | | **2,809.99** |
| ACCOUNT NO.<br>**Fletcher's<br>PO Box 423<br>Wharton, NJ 07885** | | | **medical supplies** | | | | **949.50** |
| ACCOUNT NO.<br>**Frontier Leasing Corp.<br>11180 Aurora Ave.<br>Urbandale, IA 50322** | | | **Leasing** | | | | **11,746.98** |
| ACCOUNT NO.<br>**Gordon Morristown MAB Assoc., LLC<br>1436 E. Elizabeth Ave.<br>Linden, NJ 07036** | | | **Landlord** | | | | **26,722.50** |
| ACCOUNT NO.<br>**Healthcare Staffing<br>26651 W. Agoura Rd.<br>Calabasas, CA 91302** | | | **Recrutor & Stuffing** | | | | **14,085.20** |

Sheet no. _7_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **56,314.17**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC**
_____
                                    Debtor

Case No. _____
                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Highmark Blue Shiled-Cashier <br>PO Box 89150 <br>Camp Hill, PA 17001-9774 | | | Owe overpayment | | | | 76.06 |
| ACCOUNT NO. <br><br>HM Benefits Administrators, Inc. <br>Attn.: Galen Spencer <br>Dedicated Retiree Claims Uni <br>Pittsburgh, PA 15253-5078 | | | Overpayment | | | | 53.91 |
| ACCOUNT NO. <br><br>Humana Ins. Co. <br>P. O. Box 932698 <br>Atlanta, GA 31193-2698 | | | overpayment | | | | 205.94 |
| ACCOUNT NO. <br><br>ITBC Partners <br>Trimstone, LLC <br>1525 E 55th St. <br>Chicago, IL 60615 | | | landlord | | | | 30,000.00 |
| ACCOUNT NO. <br><br>Ivans <br>PO Box 850001 <br>Orlando, FL 32885-0033 | | | Service for mutual on-line | | | | 7.31 |

Sheet no.  8 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $        30,343.22

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC** _____   Case No. _____
_____ Debtor _____   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,409.72 |
| Johnson & Rountree Premium, Inc. PO Box 31001-0910 Pasadena, CA 91110-0210 | | | Collection recovery sysstem | | | | |
| ACCOUNT NO. | | | | | | | 1,567.36 |
| Jones Lang LaSalle 3838 Paysphere Circle Chicago, IL 60674 | | | Landlord | | | | |
| ACCOUNT NO. | | | | | | | 16,112.98 |
| Kenilwest Limited Partnership C/O Mackenzie Management 2328 W. Joppa Rd., Suite 200 Lutherville, MD 21093-4674 | | | Landlord | | | | |
| ACCOUNT NO. | | | | | | | 677.03 |
| Keystone Business Products, Inc. 2298 Brodhead Rd. Bethlehem, PA 18020 | | | Xerox machine maitenance | | | | |
| ACCOUNT NO. | | | | | | | 84.30 |
| Leo Landgraf 155 W. Oak Leaf Dr., Unit 13 Oak Creek, WI 53154 | | | overpayment | | | | |

Sheet no. _9_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **19,851.39**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____        Case No. _____
Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lifeline Medical 22 Shelter Rock Lane Danbury, CT 06810 | | | medical paper | | | | 43.87 |
| ACCOUNT NO. | | | | | | | |
| Mackenzie Services Corp. 2328 W. Joppa Rd., # 200 Lutherville, MD 21093 | | | Landlord | | | | 46.49 |
| ACCOUNT NO. | | | | | | | |
| Maxim Staffing Solutions, Inc. 12558 Collections Center Dr. Chicago, IL 60693 | | | recruiter staffing | | | | 14,715.00 |
| ACCOUNT NO. | | | | | | | |
| Medical Staffing network WI 3139 Pays Phere Circle Chicago, IL 60674-1251 | | | Staffing | | | | 1,003.50 |
| ACCOUNT NO. | | | | | | | |
| Michael Katzoff, M.D. 2801 W. Kinnickinnic Pkwy, Suite 445 Milwaukee, WI 53215 | | | Staff doctor | | | | 261.61 |

Sheet no. _10_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ⟶  $    **16,070.47**

Total  ⟶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC** _____        Case No. _____
                                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Midwest Rehabilitation Network, Inc.**<br>**PO Box 451**<br>**Brookfield, WI 53008-0451** | | | Insurance courier | | | | 72.00 |
| ACCOUNT NO.<br><br>**Midwest Security Administrators, Inc.**<br>**2700 Midwest Dr.**<br>**Onalaska, WI 54650-8764** | | | Alarm system | | | | 1,314.24 |
| ACCOUNT NO.<br><br>**Miller Cooper and Co., Ltd.**<br>**1751 Lake Cook Rd., Suite 400**<br>**Deerfield, IL 60015** | | | Accounting | | | | 28,265.00 |
| ACCOUNT NO.<br><br>**MJ Care, Inc.**<br>**2448 S. 102nd St., Suite 340**<br>**Milwaukee, WI 53227** | | | PT+RT staffing | | | | 10,424.00 |
| ACCOUNT NO.<br><br>**Mutual of Omaha-Medicare**<br>**8-Medicare Finance**<br>**PO Box 1602**<br>**Omaha NE 68101** | | | Financial Intermidiatory | | | | 34.97 |

Sheet no. _11_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   **40,110.21**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **SUNRISE LIFESTYLE CENTERS LLC**                         Case No. _____
Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **National City Com Cap Co., LLC** <br> **PO Box 931034** <br> **Cleveland, OH 44193** | | | **Equipment lessor** | | | | **21,338.73** |
| ACCOUNT NO. <br><br> **Nature's Source, Inc.** <br> **4893 Buckeye Rd.** <br> **Emmaus, PA 18049-1032** | | | **water** | | | | **134.79** |
| ACCOUNT NO. <br><br> **NeighborCare MD** <br> **PO Box 75564** <br> **Baltimore, MD 21275-5564** | | | **transportation** | | | | **14,675.88** |
| ACCOUNT NO. <br><br> **Nixon MD** <br> **500 Centerpoint Blvd.** <br> **New Castle, DE 19720** | | | **Linens** | | | | **658.65** |
| ACCOUNT NO. <br><br> **Nixon PA** <br> **500 centerpoint Blvd.** <br> **New Castle, DE 19720** | | | **Linens** | | | | **520.62** |

Sheet no. 12 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        **37,328.67**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC**
_____  Case No. _____
Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Orkin Pest Control 3910 Verdo Rd., Bldg. A, Suite B Baltimore, MD 21227-1510** | | | Pest control | | | | 51.50 |
| ACCOUNT NO. **Orkin/Gentry 6802 B Hamilton Blvd. Allentown, PA 18106** | | | Pest control | | | | 185.50 |
| ACCOUNT NO. **Paul Gunn 7280 Hillcrest Dr. Macungie, PA 18062** | | | overpayment | | | | 27.79 |
| ACCOUNT NO. **PCCAB MD 400 Redland Ct., Suite 208 Owings Mills, MD 21117** | | | Staff doctor | | | | 3,099.00 |
| ACCOUNT NO. **Pitney Bowes Inc. PO Box 856390 Louisville, KY 40285-6390** | | | Stamp postage | | | | 682.56 |

Sheet no. 13 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 4,046.35

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**PPL Electric Utilities**<br>**2 N. 9th St. RPC-GENN1**<br>**Allentown, PA 18101-1175** | | | **Electric provider** | | | | 373.84 |
| ACCOUNT NO.<br><br>**Praxail Healthcare Services NJ**<br>**4667 Somerton Rd.**<br>**Trevose, PA 19053** | | | **oxygen** | | | | 96.75 |
| ACCOUNT NO.<br><br>**Premium Credit Ccorp.**<br>**PO Box 750**<br>**Scottsdale, AZ 85252-0750** | | | **refund** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Pulmonary and Allergy Associates**<br>**1 Springfield Ave.**<br>**Summit, NJ 07901** | | | **Staff doctor** | | | | 1,387.50 |
| ACCOUNT NO.<br><br>**Pulmonary Associates, P.C.**<br>**1210 S. Cedar Crest Blvd., # 2300**<br>**Allentown, PA 18103** | | | **Staff doctor** | | | | 600.00 |

Sheet no. _14_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,458.09**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **SUNRISE LIFESTYLE CENTERS LLC**                          Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 80.60 |
| **Quiill Corporation MD** PO Box 37600 Philadelphia, PA 19101-0600 | | | Office supplies | | | | |
| ACCOUNT NO. | | | | | | | 48.75 |
| **Quill Corporation Corp.** PO Box 37600 Philadelphia, PA 19101-0600 | | | Office supplies | | | | |
| ACCOUNT NO. | | | | | | | 42.48 |
| **Richard Nims** 5815 S. 31st Street Milwaukee, WI 53221 | | | owe refund | | | | |
| ACCOUNT NO. | | | | | | | 856.42 |
| **Ricoh Americas Corp. MD** PO Box 105533 Atlanta, GA 30348-5533 | | | Xerox lease | | | | |
| ACCOUNT NO. | | | | | | | 187.86 |
| **Ricoh Americas Corp. WI** PO Box 105533 Atlanta, GA 30348 | | | Xerox lease | | | | |

Sheet no. _15_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,216.11

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____    Case No. _____
                                    Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8.02 |
| Service Electric Cable PO Box 20151 Lehigh Valley, PA 18002-0151 | | | Cable TV | | | | |
| ACCOUNT NO. | | | | | | | 1,330.00 |
| Sharon Daily 2220 Traceys Rd. Sparks, MD 21152 | | | Social worker | | | | |
| ACCOUNT NO. | | | | | | | 14,866.14 |
| Tami Rosen 4 Dunsinane Ln. Bannockburn, IL 60015 | | | Expense Report Bonus | | | | |
| ACCOUNT NO. | | | | | | | 3,754.00 |
| Tishler & Wald, Ltd. 200 South Wacker Dr., Ste. 3000 Chicago, IL 60606 | | | Legal advice | | | | |
| ACCOUNT NO. | | | | | | | 4,180.33 |
| Transcend, Inc. PO Box 232 Hunt Valley, MD 21030 | | | Transportation | | | | |

Sheet no. _16_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ $    24,138.49

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **SUNRISE LIFESTYLE CENTERS LLC** _____     Case No. _____
_____ Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 134.54 |
| **Tri-Anim Financial Services** PO Box 271128 Salt Lake City, UT 84127 | | | Lease blue tooth | | | | |
| ACCOUNT NO. | | | | | | | 499.82 |
| **Tri-Anim Healthservices, Inc.** PO Box 923430 Sylmar, CA 91392-3430 | | | medical supplies | | | | |
| ACCOUNT NO. | | | | | | | 97.50 |
| **United Healthcare Recovery Services** PO Box 740804 Atlanta, GA 30374-0804 | | | overpayment | | | | |
| ACCOUNT NO. | | | | | | | 15.62 |
| **USAA Life Insurance Company** Attn.: Health Claims 9800 Fredericksburg Rd. San Antonio, TX 78288 | | | refund | | | | |
| ACCOUNT NO. | | | | | | | 665.27 |
| **Verizon MD** PO Box 17577 Baltimore, MD 21297-0513 | | | phone | | | | |

Sheet no. _17_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                1,412.75

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **SUNRISE LIFESTYLE CENTERS LLC**     Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Verizon PA**<br>**PO Box 28000**<br>**Lehigh Valley, PA 18002-8000** | | | phone service | | | | 4,035.65 |
| ACCOUNT NO.<br><br>**We Energies**<br>**333 W. Everett St.**<br>**Milwaukee, WI 53290-0001** | | | **Reading and highlighting** | | | | 833.75 |
| ACCOUNT NO.<br><br>**William Potos**<br>**2500 W. Layton Ave.**<br>**Suite 290**<br>**Milwaukee, WI 53221** | | | **Staff doctor** | | | | 572.26 |
| ACCOUNT NO.<br><br>**WPS/Tricare**<br>**Attn.: Recoupments**<br>**PO Box 7928**<br>**Madison, WI 53708-7928** | | | **overpayment** | | | | 149.16 |
| ACCOUNT NO.<br><br>**WS Medical, LLC MD**<br>**Sammons Preston**<br>**PO Box 93040**<br>**Chicago, IL 60673-3040** | | | **Medical supplies** | | | | 208.97 |

Sheet no.  18  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 5,799.79

Total ➢ | $ | 329,870.38

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**O. Allan Fridman   6274954**
**David Shults**
**555 Skokie Blvd.**
**Suite 500**
**Northbrook, IL 60062**

**847-480-1020**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor: **SUNRISE LIFESTYLE CENTERS LLC**
Social Security Number:   **9733**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. | Unsecured Claims | $ 0.00 |
| 2. | Unsecured Claims | $ 0.00 |
| 3. | Unsecured Claims | $ 0.00 |
| 4. | Unsecured Claims | $ 0.00 |
| 5.   **A Healthier Way, LLC**<br>**Jamie Sheridan**<br>**124 Homeland Ave.**<br>**Baltimore, MD 21212** | Unsecured Claims | $ 75.00 |

In re:   **SUNRISE LIFESTYLE CENTERS LLC**                                  Case No. _____

| 6. | **A&D Cleaning Service**<br>**1243 . Maple St.**<br>**Allentown, PA 18102** | **Unsecured Claims** | **$   732.09** |
|---|---|---|---|
| 7. | **Accent**<br>**PO Box 952366**<br>**St. Louis, MO 63195** | **Unsecured Claims** | **$   636.21** |
| 8. | **Accurate Medical Electronics, Inc.**<br>**145 Kohler Dr.**<br>**Fredonia, WI 53201** | **Unsecured Claims** | **$   200.64** |
| 9. | **Acme Housekeeping Service**<br>**PO Box 202**<br>**Hales Corners, WI 53130** | **Unsecured Claims** | **$   610.00** |
| 10. | **AEG Enviromental**<br>**PO Box 286**<br>**Westminster, MD 21158** | **Unsecured Claims** | **$  7,900.01** |
| 11. | **Aero Compressed Gases Inc.**<br>**PO Box 340137**<br>**Milwaukee, WI 53234-0137** | **Unsecured Claims** | **$   777.11** |
| 12. | **Alsco-American Linen WI**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Unsecured Claims** | **$  1,028.67** |
| 13. | **AT&T**<br>**PO Box 2971**<br>**Omaha, NE 68103-2971** | **Unsecured Claims** | **$   446.64** |
| 14. | **Avaya Financial Services**<br>**PO Box 93000**<br>**Chicago, IL 60673-3000** | **Unsecured Claims** | **$  2,030.10** |

In re:  **SUNRISE LIFESTYLE CENTERS LLC**                              Case No. _____

| | | | |
|---|---|---|---|
| 15 . | **Baird Respiratory Therapy, Inc.**<br>**2527 Mt. Carmel Ave.**<br>**Box 249**<br>**Glenside, PA 19038** | **Unsecured Claims** | **$   3,113.30** |
| 16 . | **Bank of America**<br>**Chicago, IL** | **Secured Claims** | **$ 780,000.00** |
| 17 . | **BGE**<br>**PO Box 1413**<br>**Baltimore, MD 21203-1431** | **Unsecured Claims** | **$   2,385.43** |
| 18 . | **C and J Leasing Corp PA**<br>**PO Box 931034**<br>**Cleveland, OH 44193** | **Secured Claims** | **$       23.71** |
| 19 . | **Cambridge Medical Staffing, Inc.**<br>**4155 Independence Dr., Suite 4**<br>**Schnecksville, PA 18078** | **Unsecured Claims** | **$  18,281.40** |
| 20 . | **Capital recovery**<br>**4505 N. Front Street**<br>**PO Box 67555**<br>**Harrisburg, PA 17106-7555** | **Unsecured Claims** | **$     100.56** |
| 21 . | **Cardinal Health MD**<br>**Medical Products**<br>**PO Box 70539**<br>**Chicago, IL 60673-0539** | **Unsecured Claims** | **$       40.33** |
| 22 . | **CareFirst Blue Cross**<br>**Accounting Services**<br>**Mail Stop OM1-610**<br>**Owings Mills, MD 21117-9921** | **Unsecured Claims** | **$       24.57** |
| 23 . | **CARF**<br>**4891 E. Grant Rd.**<br>**Tucson, AZ 85712** | **Unsecured Claims** | **$   6,500.00** |

In re:   **SUNRISE LIFESTYLE CENTERS LLC**          Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **Cedar Crest Professional Park, Inc.**<br>**C/O MRA Realty, Inc.**<br>**120 W. Germantown Pike**<br>**Plymouth Meeting, PA 19462** | **Unsecured Claims** | **$  4,224.35** |
| 25 . | **Clinicient, Inc.**<br>**PO Box 8227**<br>**Pasadena, CA 91109-8227** | **Unsecured Claims** | **$    800.00** |
| 26 . | **Cloudmark**<br>**128 King Street, 2nd Floor**<br>**San Francisco, CA 94107** | **Unsecured Claims** | **$    799.00** |
| 27 . | **Cooler Smart**<br>**PO Box 7777**<br>**W510182**<br>**Philadelphia, PA 19175-0182** | **Unsecured Claims** | **$    132.29** |
| 28 . | **Coverall MD**<br>**8860 Columbia 100 Pkwy, Ste. 401**<br>**Columbia, MD 21045** | **Unsecured Claims** | **$    424.00** |
| 29 . | **Coverall PA**<br>**PO Box 802825**<br>**Chicago, IL 60680-2825** | **Unsecured Claims** | **$     58.30** |
| 30 . | **Credit Management Services**<br>**PO Box 14010**<br>**Santa Rosa, CA 95402-6010** | **Unsecured Claims** | **$    378.45** |
| 31 . | **Curative Care Network**<br>**1000 N. 92nd St.**<br>**Milwaukee, WI 53226-4800** | **Unsecured Claims** | **$  7,397.05** |
| 32 . | **De Lage Landen Financial CServices**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** | **Unsecured Claims** | **$    877.30** |

In re:   **SUNRISE LIFESTYLE CENTERS LLC**                      Case No. _____

| 33 . | **Debra Gutman**<br>**10 Deer Stream Ct.**<br>**Owinga Mills, MD 21117** | **Unsecured Claims** | **$ 20,429.98** |
|---|---|---|---|
| 34 . | **Dentry Biomedical, Inc.**<br>**CMS**<br>**PO BOx 931**<br>**Brookfield, WI 53008** | **Unsecured Claims** | **$    191.12** |
| 35 . | **Department of Assessments and Taxation**<br>**400 Washington Ave., Room 152**<br>**Towson, MD 21204-4665** | **Unsecured Claims** | **$ 1,716.22** |
| 36 . | **Dependable Finance Co.**<br>**720 Astor Lane**<br>**Wheeling, IL 60090** | **Unsecured Claims** | **$ 7,465.50** |
| 37 . | **Expressway Office Solutions MD**<br>**PO BOx 24252**<br>**Baltimore, MD 21227** | **Unsecured Claims** | **$ 1,005.05** |
| 38 . | **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | **Unsecured Claims** | **$ 2,809.99** |
| 39 . | **Fletcher's**<br>**PO Box 423**<br>**Wharton, NJ 07885** | **Unsecured Claims** | **$    949.50** |
| 40 . | **Tami Rosen**<br>**4 Dunsinane Ln.**<br>**Bannockburn, IL 60015** | **Unsecured Claims** | **$ 14,866.14** |
| 41 . | **Frontier Leasing Corp.**<br>**11180 Aurora Ave.**<br>**Urbandale, IA 50322** | **Unsecured Claims** | **$ 11,746.98** |

In re:    **SUNRISE LIFESTYLE CENTERS LLC**                                    Case No. _____

| | | | |
|---|---|---|---|
| 42. | **Frontier Leasing Corporation**<br>**11180 Aurora Ave.**<br>**Urbandale, IA 50322** | **Secured Claims** | **$ 11,746.98** |
| 43. | **Gordon Morristown MAB Assoc., LLC**<br>**1436 E. Elizabeth Ave.**<br>**Linden, NJ 07036** | **Unsecured Claims** | **$ 26,722.50** |
| 44. | **Healthcare Staffing**<br>**26651 W. Agoura Rd.**<br>**Calabasas, CA 91302** | **Unsecured Claims** | **$ 14,085.20** |
| 45. | **Highmark Blue Shiled-Cashier**<br>**PO Box 89150**<br>**Camp Hill, PA 17001-9774** | **Unsecured Claims** | **$    76.06** |
| 46. | **HM Benefits Administrators, Inc.**<br>**Attn.: Galen Spencer**<br>**Dedicated Retiree Claims Uni**<br>**Pittsburgh, PA 15253-5078** | **Unsecured Claims** | **$    53.91** |
| 47. | **Humana Ins. Co.**<br>**P. O. Box 932698**<br>**Atlanta, GA 31193-2698** | **Unsecured Claims** | **$   205.94** |
| 48. | **ITBC Partners**<br>**Trimstone, LLC**<br>**1525 E 55th St.**<br>**Chicago, IL 60615** | **Unsecured Claims** | **$ 30,000.00** |
| 49. | **Ivans**<br>**PO Box 850001**<br>**Orlando, FL 32885-0033** | **Unsecured Claims** | **$     7.31** |
| 50. | **Johnson & Rountree Premium, Inc.**<br>**PO Box 31001-0910**<br>**Pasadena, CA 91110-0210** | **Unsecured Claims** | **$  1,409.72** |

In re:   **SUNRISE LIFESTYLE CENTERS LLC**                       Case No. _____

| | | |
|---|---|---|
| 51. **National City Com Cap Co., LLC**<br>PO Box 931034<br>Cleveland, OH 44193 | **Unsecured Claims** | **$ 21,338.73** |
| 52. **Jones Lang LaSalle**<br>3838 Paysphere Circle<br>Chicago, IL 60674 | **Unsecured Claims** | **$ 1,567.36** |
| 53. **Kenilwest Limited Partnership**<br>C/O Mackenzie Management<br>2328 W. Joppa Rd., Suite 200<br>Lutherville, MD 21093-4674 | **Unsecured Claims** | **$ 16,112.98** |
| 54. **Keystone Business Products, Inc.**<br>2298 Brodhead Rd.<br>Bethlehem, PA 18020 | **Unsecured Claims** | **$ 677.03** |
| 55. **Leo Landgraf**<br>155 W. Oak Leaf Dr., Unit 13<br>Oak Creek, WI 53154 | **Unsecured Claims** | **$ 84.30** |
| 56. **Lifeline Medical**<br>22 Shelter Rock Lane<br>Danbury, CT 06810 | **Unsecured Claims** | **$ 43.87** |
| 57. **Mackenzie Services Corp.**<br>2328 W. Joppa Rd., # 200<br>Lutherville, MD 21093 | **Unsecured Claims** | **$ 46.49** |
| 58. **Maxim Staffing Solutions, Inc.**<br>12558 Collections Center Dr.<br>Chicago, IL 60693 | **Unsecured Claims** | **$ 14,715.00** |
| 59. **Medical Staffing network WI**<br>3139 Pays Phere Circle<br>Chicago, IL 60674-1251 | **Unsecured Claims** | **$ 1,003.50** |

In re: **SUNRISE LIFESTYLE CENTERS LLC**

Case No. _____

| | | | |
|---|---|---|---|
| 60. | **Michael Katzoff, M.D.**<br>**2801 W. Kinnickinnic Pkwy, Suite 445**<br>**Milwaukee, WI 53215** | **Unsecured Claims** | **$ 261.61** |
| 61. | **Midwest Rehabilitation Network, Inc.**<br>**PO Box 451**<br>**Brookfield, WI 53008-0451** | **Unsecured Claims** | **$ 72.00** |
| 62. | **Midwest Security Administrators, Inc.**<br>**2700 Midwest Dr.**<br>**Onalaska, WI 54650-8764** | **Unsecured Claims** | **$ 1,314.24** |
| 63. | **Miller Cooper and Co., Ltd.**<br>**1751 Lake Cook Rd., Suite 400**<br>**Deerfield, IL 60015** | **Unsecured Claims** | **$ 28,265.00** |
| 64. | **MJ Care, Inc.**<br>**2448 S. 102nd St., Suite 340**<br>**Milwaukee, WI 53227** | **Unsecured Claims** | **$ 10,424.00** |
| 65. | **Mutual of Omaha-Medicare**<br>**8-Medicare Finance**<br>**PO Box 1602**<br>**Omaha NE 68101** | **Unsecured Claims** | **$ 34.97** |
| 66. | **Nature's Source, Inc.**<br>**4893 Buckeye Rd.**<br>**Emmaus, PA 18049-1032** | **Unsecured Claims** | **$ 134.79** |
| 67. | **NeighborCare MD**<br>**PO Box 75564**<br>**Baltimore, MD 21275-5564** | **Unsecured Claims** | **$ 14,675.88** |
| 68. | **Nixon MD**<br>**500 Centerpoint Blvd.**<br>**New Castle, DE 19720** | **Unsecured Claims** | **$ 658.65** |

In re:   **SUNRISE LIFESTYLE CENTERS LLC**                                    Case No. _____

| | | | |
|---|---|---|---|
| 69. | **Nixon PA**<br>**500 centerpoint Blvd.**<br>**New Castle, DE 19720** | **Unsecured Claims** | **$    520.62** |
| 70. | **Orkin Pest Control**<br>**3910 Verdo Rd., Bldg. A, Suite B**<br>**Baltimore, MD 21227-1510** | **Unsecured Claims** | **$    51.50** |
| 71. | **Orkin/Gentry**<br>**6802 B Hamilton Blvd.**<br>**Allentown, PA 18106** | **Unsecured Claims** | **$    185.50** |
| 72. | **Paul Gunn**<br>**7280 Hillcrest Dr.**<br>**Macungie, PA 18062** | **Unsecured Claims** | **$    27.79** |
| 73. | **PCCAB MD**<br>**400 Redland Ct., Suite 208**<br>**Owings Mills, MD 21117** | **Unsecured Claims** | **$  3,099.00** |
| 74. | **Pitney Bowes Inc.**<br>**PO Box 856390**<br>**Louisville, KY 40285-6390** | **Unsecured Claims** | **$    682.56** |
| 75. | **PPL Electric Utilities**<br>**2 N. 9th St. RPC-GENN1**<br>**Allentown, PA 18101-1175** | **Unsecured Claims** | **$    373.84** |
| 76. | **Praxail Healthcare Services NJ**<br>**4667 Somerton Rd.**<br>**Trevose, PA 19053** | **Unsecured Claims** | **$    96.75** |
| 77. | **Premium Credit Ccorp.**<br>**PO Box 750**<br>**Scottsdale, AZ 85252-0750** | **Unsecured Claims** | **$    0.00** |

In re:    **SUNRISE LIFESTYLE CENTERS LLC**                          Case No. _____

| | | | |
|---|---|---|---|
| 78 . | **Pulmonary and Allergy Associates**<br>**1 Springfield Ave.**<br>**Summit, NJ 07901** | **Unsecured Claims** | **$  1,387.50** |
| 79 . | **Pulmonary Associates, P.C.**<br>**1210 S. Cedar Crest Blvd., # 2300**<br>**Allentown, PA 18103** | **Unsecured Claims** | **$    600.00** |
| 80 . | **Quiill Corporation MD**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | **Unsecured Claims** | **$     80.60** |
| 81 . | **Quill Corporation Corp.**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | **Unsecured Claims** | **$     48.75** |
| 82 . | **Richard Nims**<br>**5815 S. 31st Street**<br>**Milwaukee, WI 53221** | **Unsecured Claims** | **$     42.48** |
| 83 . | **Ricoh Americas Corp. MD**<br>**PO Box 105533**<br>**Atlanta, GA 30348-5533** | **Unsecured Claims** | **$    856.42** |
| 84 . | **Ricoh Americas Corp. WI**<br>**PO Box 105533**<br>**Atlanta, GA 30348** | **Unsecured Claims** | **$    187.86** |
| 85 . | **Service Electric Cable**<br>**PO Box 20151**<br>**Lehigh Valley, PA 18002-0151** | **Unsecured Claims** | **$      8.02** |
| 86 . | **Sharon Daily**<br>**2220 Traceys Rd.**<br>**Sparks, MD 21152** | **Unsecured Claims** | **$  1,330.00** |

In re:    **SUNRISE LIFESTYLE CENTERS LLC**

Case No. _____

| | | | |
|---|---|---|---|
| 87 . | **Tishler & Wald, Ltd.**<br>**200 South Wacker Dr., Ste. 3000**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 3,754.00** |
| 88 . | **Transcend, Inc.**<br>**PO Box 232**<br>**Hunt Valley, MD 21030** | **Unsecured Claims** | **$ 4,180.33** |
| 89 . | **Tri-Anim Financial Services**<br>**PO Box 271128**<br>**Salt Lake City, UT 84127** | **Unsecured Claims** | **$ 134.54** |
| 90 . | **Tri-Anim Healthservices, Inc.**<br>**PO Box 923430**<br>**Sylmar, CA 91392-3430** | **Unsecured Claims** | **$ 499.82** |
| 91 . | **United Healthcare Recovery Services**<br>**PO Box 740804**<br>**Atlanta, GA 30374-0804** | **Unsecured Claims** | **$ 97.50** |
| 92 . | **USAA Life Insurance Company**<br>**Attn.: Health Claims**<br>**9800 Fredericksburg Rd.**<br>**San Antonio, TX 78288** | **Unsecured Claims** | **$ 15.62** |
| 93 . | **Verizon MD**<br>**PO Box 17577**<br>**Baltimore, MD 21297-0513** | **Unsecured Claims** | **$ 665.27** |
| 94 . | **Verizon PA**<br>**PO Box 28000**<br>**Lehigh Valley, PA 18002-8000** | **Unsecured Claims** | **$ 4,035.65** |
| 95 . | **We Energies**<br>**333 W. Everett St.**<br>**Milwaukee, WI 53290-0001** | **Unsecured Claims** | **$ 833.75** |

In re:    **SUNRISE LIFESTYLE CENTERS LLC**                                    Case No. _____

| 96. | **William Potos**<br>**2500 W. Layton Ave.**<br>**Suite 290**<br>**Milwaukee, WI 53221** | **Unsecured Claims** | **$    572.26** |
|---|---|---|---|
| 97. | **WPS/Tricare**<br>**Attn.: Recoupments**<br>**PO Box 7928**<br>**Madison, WI 53708-7928** | **Unsecured Claims** | **$    149.16** |
| 98. | **WS Medical, LLC MD**<br>**Sammons Preston**<br>**PO Box 93040**<br>**Chicago, IL 60673-3040** | **Unsecured Claims** | **$    208.97** |

In re:    **SUNRISE LIFESTYLE CENTERS LLC**                     Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)


# DECLARATION

 I, **SUNRISE LIFESTYLE CENTERS LLC** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **12 sheets** (not including this declaration), and that it is true
to the best of my information and belief.


Signature:    **s/ Jeffery Grade**    _____
              **SUNRISE LIFESTYLE CENTERS LLC**
Dated:        **9/22/2008**    _____

Form B6G
(10/05)

In re:  **SUNRISE LIFESTYLE CENTERS LLC**                                ,        Case No. _____
                        **Debtor**                                                                           **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Accurate Medical Electronics, Inc.**<br>**145 Kohler Dr.**<br>**Fredonia, WI 53201** | furniture |
| **C and J Leasing Corp PA**<br>**PO Box 931034**<br>**Cleveland, OH 44193** | |
| **Forest Green Executive Center**<br>**Ry Management**<br>**8575 W. HForest Home Ave**<br>**Greenfiled, Il  Wiscsonsin** | lease |
| **Frontier Leasing Corporation**<br>**11180 Aurora Ave.**<br>**Urbandale, IA 50322** | |
| **Gordon Morristown MAB Assoc., LLC**<br>**1436 E. Elizabeth Ave.**<br>**Linden, NJ 07036** | lease for 1436 Alizabeth Ave., Linden NJ 07036 |
| **Kenilwest Limited Partnership**<br>**C/O Mackenzie Management**<br>**2328 W. Joppa Rd., Suite 200**<br>**Lutherville, MD 21093-4674** | lease of Towson, Baltimore, Maryland |
| **National City Com Cap Co., LLC**<br>**PO Box 931034**<br>**Cleveland, OH 44193** | equipment lease |

Form B6H
(10/05)

In re: **SUNRISE LIFESTYLE CENTERS LLC**                                          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Official Form 6 - Summary (10/06)

### United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re  **SUNRISE LIFESTYLE CENTERS LLC**                              ,       Case No. _____
                               Debtor

                                                                               Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 3 | $      900.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     791.770.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $     329.870.38 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 28 | $      900.00 | $   1,121,641.07 | |

**Official Form 6 - Declaration (10/06)**

In re   <u>SUNRISE LIFESTYLE CENTERS LLC</u>                 Case No.   <u>               </u>

                                  **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jeffery Grade**, the <u>**Co-Manager**</u> of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>**30**</u> sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date   <u>**9/22/2008**</u>              Signature:    <u>**s/ Jeffery Grade**</u>

                                                   <u>**Jeffery Grade Co-Manager**</u>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Official Form 7
(04/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re: **SUNRISE LIFESTYLE CENTERS LLC**                                    ,                    Case No. _____

                                    Debtor                                                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.   *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None


b.   *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None


c.   *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None


a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None


| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official
within **one year** immediately preceding the commencement of this case.  (Married debtors filing
under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- | --- |

## 7.   Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the
commencement of this case except ordinary and usual gifts to family members aggregating less
than $200 in value per individual family member and charitable contributions aggregating less
than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts
or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding
the commencement of this case **or since the commencement of this case**. (Married debtors filing
under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons,
including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law
or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **O. Allam Fridman 555 Skokie Blvd Suie 500 Northbrook, IL 60062** | | **2500** |

## 10. Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **two years**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None



List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None



List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None


If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **40 Skokie Bvd**<br>**Northbrook, IL** | **Sunrise Lifestyle Center LLC** | **1-2003 to 8-2007** |
| **1945 Techny  Rd**<br>**Northbrook, IL 600062** | **Sunrise Lifestyle Center LLC** | **8-2007 to present** |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None


| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS<br>OF SOC. SEC. NO./<br>COMPLETE  EIN OR<br>OTHER TAXPAYER<br>I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| **Surnrise Lifestle Center, Inc.** | **36-4469733** | **1945 Techy Northbrook, IL 60062** | **Healthcare** | **09/18/2001**<br><br>**09/01/2008** |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Miller Cooper<br>520 Dundee Rd<br>Northbrook** | **September 2008** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None

☑

NAME                                                  ADDRESS

d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None

☑

NAME AND ADDRESS                                      DATE ISSUED

## 20.  Inventories

None

☑

a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None

☑

|  | NAME AND ADDRESSES OF CUSTODIAN |
| --- | --- |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21.  Current Partners, Officers, Directors and Shareholders

None

☑

a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None

☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Bob Coe**<br>**555 Skokie Blvd Suite**<br>**Northbrook, Il 60062** | **C0-Manager** | **4%  membership interest** |
| **Jeffery T Grade**<br>**1945 Techny**<br>**Suite 4**<br>**Northbrook, Il** | **Co-Manager** | **7 % mermbership interest** |

## 22. Former partners, officers, directors and shareholders

None
☑

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                    DATE OF WITHDRAWAL

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

NAME AND ADDRESS                             TITLE                      DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER

* * * * * *

10

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __9/22/2008_____          Signature  **s/ Jeffery Grade**_____

                                                              **Jeffery Grade, Co-Manager**_____
                                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:      **SUNRISE LIFESTYLE CENTERS LLC**                    Case No. _____

                                                                Chapter    **7**

                          Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                        $        **2,500.00**

   Prior to the filing of this statement I have received              $            **0.00**

   Balance Due                                                         $        **2,500.00**

2. The source of compensation paid to me was:

   ☒  Debtor            ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☐  Debtor            ☐  Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

       **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **9/22/2008** _____


                                   **O. Allan Fridman** _____
                                   **O. Allan Fridman, Bar No.  6274954**

                                   **David Shults**
                                   Attorney for Debtor(s)

---

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **SUNRISE LIFESTYLE CENTERS LLC**                    Case No.

Debtor.                                                      Chapter   **7**


## STATEMENT OF CORPORATE OWNERSHIP

Comes now **SUNRISE LIFESTYLE CENTERS LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


1. All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

**Owner**                                           **% of Shares Owned**

**None**


By **O. Allan Fridman**

   **O. Allan Fridman**
   Signature of Attorney

Counsel for   **SUNRISE LIFESTYLE CENTERS LLC**

Bar no.:   **6274954**

Address.:   **David Shults**
   **555 Skokie Blvd.**
   **Suite 500**
   **Northbrook, IL 60062**

Telephone No.:   **847-480-1020**

Fax No.:   **847-480-7850**

E-mail address:   **afridman@tds.net**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **SUNRISE LIFESTYLE CENTERS LLC**                    Case No. _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                    $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                        $ _____ 92,546.61

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 71,090.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 185.00 |
| 8. Inventory Purchases (Including raw materials) | | 2,998.30 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 14,447.22 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 237.00 |
| 14. Vehicle Expenses | | 1,256.33 |
| 15. Travel and Entertainment | | 1,064.17 |
| 16. Equipment Rental and Leases | | 2,121.40 |
| 17. Legal/Accounting/Other Professional Fees | | 5,361.16 |
| 18. Insurance | | 1,750.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

    20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):

       **None**                                        _____

    21. Other (Specify):

| | |
|---|---:|
| **patient transport** | 1,532.60 |
| **telephone** | 1,378.00 |
| **computer repirs** | 13.08 |
| **postage** | 792.00 |
| **printing** | 26.78 |

    22. Total Monthly Expenses (Add items 3 - 21)                    $ _____ 104,253.04

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)       $ _____ (11,706.43)